(May 29, 1957)

■ ROSALIND M. CUBIT et al., Appellants, v. CITY OF NEW YORK, Respondent.— Appeal from an order denying a motion to set the case down for a summer trial. Order affirmed, without costs. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

THIRD DEPARTMENT, MAY, 1957

(May 7, 1957)

■ In the Matter of PAUL DI COCCO et al., Petitioners, against SAMUEL S. STRATTON, as Mayor of the City of Schenectady, Respondent.— Motion for a stay pending the determination of appeal denied, without costs. Appellants may, however, bring on the appeal for argument at this term by immediately notifying the corporation counsel of their intention so to do, and, on or before May 13, 1957, perfecting the appeal on typewritten record and brief, whereupon the case will be added at the foot of the calendar. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of WILLIAM E. ROBINSON, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for a stay denied. The proceeding may be heard at this term of court and for that purpose is added to the calendar at the foot thereof. A single copy of the record may be prepared in accordance with rule 22 of the Rules of this court, and the brief may be prepared in printed or mimeographed form, the appendix to contain a copy of the petition and answer in this proceeding and the determination sought to be reviewed. The Attorney-General's brief may be filed within 10 days after the oral argument, if he is unable to prepare and file it before the argument. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.